NUMBER 13-03-366-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

__________________________________________________________________


GUADALUPE LOPEZ , Appellant,



v.




THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the 36th District Court 

of Aransas County, Texas.

___________________________________________________________________



MEMORANDUM OPINION


Before Chief Justice Valdez and Justices Hinojosa and Yanez

Opinion Per Curiam




 Appellant, GUADALUPE LOPEZ , attempted to perfect an appeal from a judgment entered by the 36th District Court of
Aransas County, Texas. Sentence in this cause was imposed on April 8, 2003 . No timely motion for new trial was filed . 
The notice of appeal was due to be filed on May 8, 2003 , but was not filed until May 23, 2003 . Said notice of appeal is
untimely filed. 

 Tex. R. App. P. 26.3 provides that the court of appeals may grant an extension of time for filing notice of appeal if such
notice is filed within fifteen days of the last day allowed and within the same period a motion is filed in the court of
appeals reasonably explaining the need for such extension. Appellant failed to file his notice of appeal and a motion
requesting an extension of time within such period. 

 The Court, having considered the documents on file and appellant's failure to timely perfect his appeal, is of the opinion
that the appeal should be dismissed for want of jurisdiction. The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).



Opinion delivered and filed this

the 31st day of July, 2003 .